**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------X
GABRIELA GONZALEZ,

               Plaintiff,

          -against-

LINDSAY MCGUIRE, *et al.,*

               Defendants.
---------------------------------------------------------------------------X

**26 Civ. No. 1336 (JMF) (GS)**

**<u>ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

     The parties having informed the Court that they have reached a settlement in principle, the Court hereby sets a deadline of April 28, 2026 for submission of the parties' motion for approval of the settlement pursuant to *Cheeks v. Freeport Pancake House Inc.*, 796 F.3d 199 (2d Cir. 2015).

     **SO ORDERED.**

DATED:    New York, New York
            April 7, 2026

                                  _____
                                  The Honorable Gary Stein
                                  United States Magistrate Judge