# YOUNG & MA
## LLP

445 Park Avenue     P: 646-379-7703
9th Floor     F: 866-839-4306
New York, NY 10022     E: tma@youngandma.com

May 27, 2026

VIA ECF
Honorable Gary Stein
United States District Court
    for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

    Re:     Gonzalez v. McGuire et al
        26-cv-01336-GS

Dear Judge Stein:

We represent Plaintiff in the above-captioned matter and write pursuant to Your Honor's Individual Practices, Para. I(G).

Plaintiff respectfully seeks a two-week adjournment of the settlement conference, currently scheduled for May 29, 2026, because a critical issue in the case is whether Defendants can pay on W-2 without a W-4 form, and how to utilize Plaintiff's ITIN number instead of social security number. Additionally, parties had a fruitful conversation last Friday before the long weekend and we may be able to resolve several other issues alongside the aforementioned one with more time. We are seeking to adjourn the conference two weeks to make further progress.

This is Plaintiff's first request for an adjournment of this conference.

Plaintiff thanks the Court for its attention to this matter.

Respectfully submitted,

Tiffany Ma

cc:     Defendants' Counsel (via ECF)

Defendants' request for adjournment of the settlement conference scheduled for May 29, 2026 is denied. Defendants shall provide Plaintiff's counsel with a copy of their Attendance Acknowledgment Form prior to the start of the conference.

SO ORDERED.

Date:   New York, New York
       May 28, 2026

Gary Stein
**Gary Stein**
**United States Magistate Judge**
**Southern District of New York**