# YOUNG & MA
### LLP

445 Park Avenue        P: 646-379-7703
9th Floor              F: 866-839-4306
New York, NY 10022     E: tma@youngandma.com

June 16, 2026

<u>VIA ECF</u>
Honorable Gary Stein
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    Gonzalez v. McGuire et al
            <u>26-cv-01336-GS</u>

Dear Judge Stein:

      We represent Defendants in the above-captioned matter and write respectfully pursuant to Your Honor's Individual Practices, Paragraph I(G). We respectfully request that the Court disregard the prior letter motion filed earlier today, June 16, 2026 (ECF No. 27). This letter serves to replace that filing in order to provide the Court with Plaintiff's position and the parties' mutually agreeable alternative dates.

      Defendants write to request a brief adjournment of the video status conference currently scheduled for June 24, 2026, at 10:00 a.m. The reason for this request is a personal scheduling conflict, as June 24th is graduation day for counsel's children. This is Defendants' first request for an adjournment or extension of time regarding this conference.

      We have since conferred with counsel for Plaintiff, who consents to this adjournment request. To accommodate the Court, the parties are mutually available on the following alternative dates and times:

- June 25, 2026, between 2:00 p.m. and 4:00 p.m.
- June 26, 2026, from 10:00 a.m. onward

      Defendants thank the Court for its time and consideration of this matter.

Respectfully submitted,

*Tiffany Ma*
Tiffany Ma

cc:    Plaintiff's Counsel (via ECF)

Application granted.  The Video Status Conference scheduled for June 24 is adjourned to Wednesday, July 8, 2026 at 11:00 a.m.  The parties are directed to join the conference through the instructions at Docket Number 26.  SO ORDERED.

Date:  June 17, 2026

*Gary Stein*

Gary Stein
United States Magistate Judge
Southern District of New York