CATHOLIC MIGRATION SERVICES

**MEMO ENDORSED**

**VIA ECF**
July 23, 2026
The Honorable Gary Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Gonzalez v. McGuire, et al. 26-cv-1336 (JMF) (GS)**

Dear Judge Stein:

Plaintiff submits the following in reply to Defendants' letter, ECF no. 33, opposing Plaintiff's request for a status conference, ECF no. 32. Rather than attempt to respond to Defendants' lengthy recitation of facts, Plaintiff notes, first, Defendants concede they failed to produce an executed settlement agreement by the July 22 filing deadline set by this Court. According to their letter, they made production at 12:10am on July 23. Defs' Opp Ltr at 1. Second, Defendants concede that the settlement agreement they finally produced – after the deadline had passed – contained an inaccurate figure for attorneys' fees. As Defendants state, they do not dispute that the figure is inaccurate, but, they claim, it was "not reasonable to expect" that they would make the necessary correction in time for the filing deadline. *Id.*, at 3.

Defendants are correct to point out that the inaccuracy can be explained, in part, by the Parties' having renegotiated attorneys' fees late in the day on the date of the filing deadline. *See id.*, at 2. However, Defendants fail to explain that the cause for those late negotiations was Defendants' own eleventh-hour demand that Plaintiff accept payment of the settlement amount by wire transfer – which would require Plaintiff's counsel to incur costs – rather than by check. In short, the Parties' failure to comply with the Court ordered filing deadline is a situation of Defendants' own making.

With that said, Plaintiff does not object to Defendants' request for an extension to July 31, 2026 of the deadline for the parties to file their motion for approval of the settlement agreement. However, Plaintiff takes this position on the understanding that Defendants will produce prior to the filing deadline a fully executed agreement reflecting accurate attorneys' fee figures.

Respectfully,

*/s/ Benjamin Locke*
Benjamin Locke
Catholic Migration Services
47-01 Queens Blvd., Suite 203
Sunnyside, NY 11104
(347) 472-3500 ext. 1002

blocke@catholicmigration.org

Robert D. McCreanor
Law Office of Robert D. McCreanor, PLLC
245 Saw Mill River Road, Suite 106
Hawthorne, NY 10532
(845) 202-1833
mccreanor@rdmclegal.com

*Attorneys for Plaintiff*

The Court declines to schedule a conference in this action, and instead extends the deadline for submission of the motion for approval of settlement to Friday, July 31, 2026. The Clerk of Court is respectfully directed to close the open motions at Docket Numbers 27, 32, and 34. SO ORDERED.

Date: July 27, 2026

**Gary Stein**
**United States Magistrate Judge**
**Southern District of New York**