**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

GABRIELA GONZALEZ,

Plaintiff,

-against-

LINDSAY MCGUIRE, *et al.*,

Defendants.

-----------------------------------------------------------------X

**26 Civ. No. 1336 (GS)**

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Status Conference on **Friday, August 21, 2026 at 10:30 a.m.** The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [258 461 080 568 653] Passcode: [6BG9kQ3Y]**

**SO ORDERED.**

DATED: New York, New York
August 11, 2026

[signature]

The Honorable Gary Stein
United States Magistrate Judge